IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT DRAKE EWBANK,

        Plaintiff,

v.

JEFF EMRICK, *et al.*,

        Defendants.

Case No. 6:17-cv-00187-JR

ORDER

MCSHANE, Judge:

Magistrate Judge Jolie A. Russo has filed a Findings and Recommendation, ECF No. 54, and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the Findings and Recommendations.

Magistrate Judge Russo's Findings and Recommendation, ECF No. 54, is ADOPTED in full. Defendants' Motion to Dismiss, ECF No. 44, is GRANTED. Plaintiff's Request for

1 –ORDER

Sanctions, ECF No. 46, is DENIED. Plaintiff is granted 14 days to file a motion for leave to file an amended complaint.

IT IS SO ORDERED.

DATED this 30th day of January, 2017.

<u>/s/ Michael McShane</u>
Michael McShane
United States District Judge

2 –ORDER