IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT DRAKE EWBANK,

        Plaintiff,

v.

JEFF EMRICK, *et al.*,

        Defendants.

Case No. 6:17-cv-00187-JR

ORDER

MCSHANE, Judge:

        Magistrate Judge Jolie A. Russo filed a Findings and Recommendation, ECF No. 64, and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the Findings and Recommendations.

        Magistrate Judge Russo's Findings and Recommendation, ECF No. 64, is ADOPTED in full. Defendants' Motion to Dismiss, ECF No. 62, is GRANTED. Plaintiff's claims under Or.

1 –ORDER

Rev. Stat. § 430.073, those related to travel reimbursement, and all claims under Title II of the ADA against named defendants in their individual capacities are dismissed with prejudice. Plaintiff is granted one final opportunity to file a concise complaint in compliance with the local rules and the federal rules of civil procedure. Plaintiff is granted 14 days to file a motion for leave to file an amended complaint complying with Fed. R. Civ. P. 8(a). Plaintiff may not file additional or supplemental briefings, or amended complaints, beyond those authorized by the federal or local rules absent prior approval from this Court.

IT IS SO ORDERED.

DATED this 25th day of May, 2018.

/s/ Michael McShane
Michael McShane
United States District Judge