IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT DRAKE EWBANK,

        Plaintiff,

v.

JEFF EMRICK, *et al.*,

        Defendants.

Case No. 6:17-cv-00187-MK

ORDER

MCSHANE, Judge:

        Magistrate Judge Jolie A. Russo filed a Findings and Recommendation, ECF No. 78, and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the Findings and Recommendations.

Magistrate Judge Russo's Findings and Recommendation, ECF No. 78, is ADOPTED in full. Plaintiff's Supplemental Motion to Amend, ECF No. 75 is DENIED. Plaintiff's Motion for leave to file a Fifth Amended Complaint is DENIED as moot.

IT IS SO ORDERED.

DATED this 15th day of October, 2018.

/s/ Michael McShane<br>Michael McShane<br>United States District Judge