UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT DRAKE EWBANK, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JEFF W. EMRICK, individually, and in his official capacity as (former) Deputy Director of AMHD of the Oregon Health Authority (OHA), AKA Jeff Emerick; et al., <br><br> Defendants - Appellees. | No. 18-35873 <br><br> D.C. No. 6:17-cv-00187-MK <br> U.S. District Court for Oregon, Eugene <br><br> **MANDATE** |

The judgment of this Court, entered June 21, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7