ROBERT DRAKE EWBANK
3086 Memory Ln
Eugene OR 97404
541-579-9022
valia.modern@gmail.com

Pro Se as Plaintiff

FILED 30 JUN '23 15:10 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON – EUGENE DIVISION

| | |
|---|---|
| ROBERT DRAKE EWBANK, <br> Plaintiff, <br><br> v. <br><br> JEFF W. EMRICK, et al, <br> Defendants. | CASE NO 6:17-cv-00187-MK <br><br> AUDIO EXHIBITS FOR MOTION FOR RECONSIDERATION <br><br> **CLERK'S COPY TO FILE** |

Please find here attached on a digital storage media/device accessible via computer and USB three exhibits of the Plaintiff:

**Exhibits**

Sound recording and Ex 1.  Recording of the Thursday January 8, 2015 Subcommittee on Olmstead and Housing of the Addictions and Mental Health Planning and Advisory Council. A required Council for the Oregon Federal Mental Health Block Grant under 42 USC 300-x (1-3)

Sound recording and Ex 2.  Recording of the Thursday April 9, 2015 Subcommittee on Olmstead and Housing of the Addictions and Mental Health Planning and Advisory Council. A required Council for the Oregon Federal Mental Health Block Grant under 42 USC 300-x (1-3)

Sound recording and Ex 3.  Recording of the Thursday June 11, 2015 Subcommittee on Olmstead and Housing of the Addictions and Mental Health Planning and Advisory Council. A required Council for the Oregon Federal Mental Health Block Grant under 42 USC 300-x (1-3)

Respectfully,

/S/ *Robert Drake Ewbank*

R Drake Ewbank

Declaration / Certificate of Service

The Plaintiff, Robert Drake Ewbank hereby declares, under penalty of perjury, that on June 30, 2023 he delivered to the Court and to the Record of the Clerk for this case Sound Exhibits 1-3 for a Motion for Reconsideration by transmitting a true and correct copy to their counsel via the Acronis Program that will transfer files of this size and configuration to the access of the Department of Justice of the State of Oregon.

Oregon Department of Justice

Counsel of Record for the Defendants
Attn: Assistant Attorney General Nicholas Mancuso
1162 Court St
Salem OR 97301

separately via the address listed in the EFS system and by access of the electronic filing system (EFS) of the Federal District Court of the USA.

/s/ *Robert Drake Ewbank*

Robert Drake Ewbank
Plaintiff Pro Se

Page 3
AUDIO EXHIBITS FOR MOTION FOR RECONSIDERATION

