ROBERT DRAKE EWBANK
3086 Memory Ln
Eugene OR 97404
541-579-9022
valia.modern@gmail.com

Pro Se as Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON – EUGENE DIVISION

| | |
|---|---|
| ROBERT DRAKE EWBANK,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF W. EMRICK, et al,<br><br>    Defendants. | CASE NO 6:17-cv-00187-MK<br><br>PLAINTIFF'S SUPPLEMENTAL DECLARATION ATTACHING SWORN TRANSCRIPTS OF DEFENDANTS CORBIN, EMRICK, LEE, SAXTON, STRAHAN, AND NON-DEFENDANT WILCOX TO THE RESPONSE IN OPPOSITION |

I, Robert Drake Ewbank, Plaintiff herein, being over the age of 18 years and competent to be a witness herein, do hereby declare under penalty of perjury that the attached as are true and correct copies of evidence in the form of Sworn Depositions of Defendants Corbin (excerpts), Emrick, Lee, Strahan, Saxton, and non-Defendant Wilcox, in the above cause of action.

I, Robert Drake Ewbank, hereby declare that the foregoing certification is true and correct to the best of my knowledge, and I understand that this declaration can be used as evidence in a court of law and is subject to penalties for perjury.

/s/ Robert Drake Ewbank

ROBERT DRAKE EWBANK  July 31, 2023

Declaration / Certificate of Service

The Plaintiff, Robert Drake Ewbank hereby declares, under penalty of perjury, that on August 1, 2023 and July 31, 2023 by extension of the time consuming ECF filing process for his response, that he served a true and correct copy of the above "Supplemental Declaration Attaching Deposition" by transmitting a true and correct copy to their counsel via the ECF system and directly by sending those items to:

Oregon Department of Justice
Counsel of Record for the Defendants
Attn:  Assistant Attorney General Nicholas Mancuso
1162 Court St
Salem OR 97301

separately via the address listed in the EFS system and by access of the electronic filing system (EFS) of the Federal District Court of the USA.


/s/  Robert Drake Ewbank

Robert Drake Ewbank
Plaintiff  Pro Se