ELLEN F. ROSENBLUM
Attorney General
NICHOLAS MANCUSO #151262
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: nicholas.mancuso@doj.state.or.us

KENNETH C. CROWLEY #883554
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: kenneth.c.crowley@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT DRAKE EWBANK,<br><br>      Plaintiff,<br><br>    v.<br><br>JEFF W. EMRICK, et al,<br><br>      Defendants. | Case No. 6:17-cv-00187-MK<br><br>DECLARATION OF NICHOLAS MANCUSO IN SUPPORT OF DEFENDANTS' REPLY |

**I, Nicholas Mancuso, declare:**

      1.    I am employed as a Senior Assistant Attorney General with the Oregon Department of Justice. I am currently assigned to represent Defendants in the above-captioned matter.

Page 1 -   DECLARATION OF NICHOLAS MANCUSO IN SUPPORT OF DEFENDANTS' REPLY
      NM4/rr4/902852671

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

2. Attached hereto as **Exhibit 1** is a true and correct copy of an Order, issued by the Ninth Circuit in *Ewbank v. Emrick, et al.*, Case No. 18-35873, dated November 26, 2018.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Appellant's Statement That The Appeal Should Go Forward, filed in *Ewbank v. Emrick, et al.*, Case No. 18-35873, dated January 3, 2019.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an Order, issued by the Ninth Circuit in *Ewbank v. Emrick, et al.*, Case No. 18-35873, dated April 23, 2019.

5. Attached hereto as **Exhibit 4** is a true and correct copy Appellant's Opening Brief, filed in *Ewbank v. Emrick, et al.*, Case No. 18-35873, dated November 3, 2020.

6. Attached hereto as **Exhibit 5** is a true and correct copy Appellees' Brief, filed in *Ewbank v. Emrick, et al.*, Case No. 18-35873, dated January 14, 2021.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on August 25, 2023.

    *s/ Nicholas Mancuso*
NICHOLAS MANCUSO
Senior Assistant Attorney General

Page 2 -   DECLARATION OF NICHOLAS MANCUSO IN SUPPORT OF DEFENDANTS' REPLY
NM4/rr4/902852671

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on August 25, 2023, I served the foregoing DECLARATION OF NICHOLAS MANCUSO IN SUPPORT OF DEFENDANTS' REPLY upon the parties hereto by the method indicated below, and addressed to the following:

Robert Drake Ewbank  
3086 Memory Lane  
Eugene, OR 97404  
    *Pro Se Plaintiff*

    ___ HAND DELIVERY  
    _X_ MAIL DELIVERY  
    ___ OVERNIGHT MAIL  
    ___ TELECOPY (FAX)  
    _X_ E-MAIL  
    ___ E-SERVE

    *s/ Nicholas Mancuso*  
NICHOLAS MANCUSO #151262  
Senior Assistant Attorney General  
KENNETH C. CROWLEY #883554  
Senior Assistant Attorney General  
Trial Attorneys  
Tel (971) 673-1880  
Fax (971) 673-5000  
nicholas.mancuso@doj.state.or.us  
kenneth.c.crowley@doj.state.or.us  
Of Attorneys for Defendants

Page 1 -    CERTIFICATE OF SERVICE  
    NM4/rr4/8291902-v1

Department of Justice  
100 SW Market Street  
Portland, OR 97201  
(971) 673-1880 / Fax: (971) 673-5000